| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br>BRINKEMA, LEONIE M. | 2. Court or Organization<br>United States District Court for the Eastern District of Virginia (Alexandria Division) | 3. Date of Report<br>April 29, 2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>United States District Judge (active) | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/09 to 12/31/09 |
| 7. Chambers or Office Address<br>Albert V. Bryan U.S Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314 - 5799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

Brinkema, Leonie M.

| Name of Person Reporting | Date of Report |
|---|---|
| BRINKEMA, LEONIE M. | April 29, 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Univ. of Va. Law School + VA CLE | 1/7 - 1/9/09 | Charlottesville VA | Preside over moot courts | Transportation, lodging and food |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRINKEMA, LEONIE M. | April 29, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRINKEMA, LEONIE M. | April 29, 2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 IRA - Merrill Lynch Blackrock Basic Mutual Fund | C | div + int. | M | T | | | | | |
| 2 IRA - American Century Fund Ultra Mutual Fund + Schwab MMF | D | int. | L | T | | | | | |
| 3 IRA - Sun Trust Bank Orlando Fla. - cert. of deposit H | A | int. | J | T | | | | | |
| 4 United States Savings Bonds Series EE | A | int. | J | T | | | | | |
| 5 BB+T Bank checking acct. | A | int. | J | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRINKEMA, LEONIE M. | April 29, 2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BRINKEMA LEONIE M. | April 29, 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA[ ]VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544